Keith Russell JUDD, Plaintiff–Appellant,

v.

FEDERAL PRISON INDUSTRIES, INC. Board of Directors, Federal Bureau of Prisons, and U.S. Department of Justice, Defendants–Appellees.

No. 2008–1063.

United States Court of Appeals, Federal Circuit.

Oct. 26, 2007.

Keith R. Judd, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.